FILED by _____ D.C.
ELECTRONIC

**Nov. 17, 2008**

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S. D.  OF  FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: _____

FRANK LAWSKY,
        Plaintiff,

v.

SIEMENS CORPORATION,
        Defendant.

_____/

## 08-81365-Civ-HURLEY/HOPKINS

### <u>NOTICE OF REMOVAL</u>

Defendant Siemens Corporation ("Siemens"), through undersigned counsel, petitions this court pursuant to 28 U.S.C. §§ 1441 and 1446 for removal of this action currently pending in the Circuit Court, Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  In support of this petition, Siemens states as follows:

1.      Plaintiff Frank Lawsky filed a Complaint against Siemens alleging denial of disability benefits in The Circuit Court, Fifteenth Judicial Circuit in and for Palm Beach County, Florida on or about October 17, 2008.  Siemens was served with this Complaint on or about October 21, 2008.

2.      This Notice of Removal is filed with this Court within thirty (30) days of receipt of the Complaint as required by 28 U.S.C. § 1446(b).

3.      Siemens is the only defendant in this action.  No other parties need to be joined in this Notice of Removal.

4.      Plaintiff seeks to recover long term disability benefits allegedly due him under the Siemens Corporation Long Term Disability Corporate Plan ("Plan").  Compl. ¶¶ 8, 13.

5.      The Plan is and at all times relevant to this action has been an "employee welfare benefit plan," as that term is defined in the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1002(1)(A).  See Plan at p. 30- 34, attached hereto as Exhibit A.

6.      Section 514(a) of ERISA, the preemption clause, provides that ERISA "supersede[s] any and all State laws insofar as they may now or hereafter relate to any employee benefit plan" covered by ERISA. 29 U.S.C. § 1144(a). *See also, Pilot Life Ins. Co. v. Dedeaux,* 481 U.S. 41, 47-48 (1987) (state-law breach of contract claim is preempted under § 1144(a)).  Thus, any claim that asserted relating to the LTD plan is preempted by ERISA.

7.      Due to this preemption, a state law claim for breach of contract cannot remain.  However, due to the liberality of pleading requirements, instead of dismissing these claims outright in this situation, courts have treated these claims as attempts to state a claim under ERISA and have proceeded as though an ERISA claim was stated.  *See Jones v. LRM International, Inc.*, 457 F.3d 1174 (11th Cir. 2006) (a completely pre-empted state law claim should be characterized as ERISA claims that arise under federal law).

8.      Accordingly, this Court has original jurisdiction over Plaintiff's claim against Siemens under 28 U.S.C. § 1331 (federal question) and 29 U.S.C. § 1132(e) because this action arises under federal law.

2

9.  Removal of this action is proper under 28 U.S.C. § 1441(a) because the Court has original jurisdiction over Plaintiff's claims arising under ERISA.

10.  This Court additionally has jurisdiction over Plaintiff's claims alleging common law breach of contract as it relates to his Short Term Disability plan pursuant to 28 U.S.C. § 1367.

11.  Venue lies in this Court because Plaintiff's action is pending in this district and division.  28 U.S.C. § 1441(a).

12.  The Clerk of the Circuit Court, Fifteenth Judicial Circuit in and for Palm Beach County, Florida and Plaintiff's counsel have been given written notice of the filing of this petition.  Exhibit B.

13.  Copies of all process, pleadings and orders served upon Siemens are attached as Exhibit C.

Siemens therefore respectfully Notices the Removal of this action from the Circuit Court, Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

Respectfully submitted,

Scott S. Cairns
FL Bar No. 0037729
MCGUIREWOODS LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida  32202
(904) 798-3223
(904) 798-3261
scairns@mcguirewoods.com

Attorneys for Siemens

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2008, a copy of the foregoing

NOTICE OF REMOVAL was sent by first class mail to:

Scott M. Behren, Esquire
Behren & Associates
2853 Executive Park Drive, Suite 103
Weston, FL 33331

_____
Attorney

4

# Exhibit A

# YOUR EMPLOYEE
# BENEFIT PLAN

# SIEMENS CORPORATION

# Long Term Disability Benefits
# Corporate Plan

## INTRODUCTION

We are pleased to present you with a Certificate of Insurance for group disability insurance. This Certificate states your benefits and summarizes some special services available to you at no additional cost. All of us appreciate the financial protection that group benefit plans provide in the event of illness or injury. Group disability insurance is an especially important benefit since it replaces a reasonable portion of your income lost due to a disability.

Your Employer recognizes the value of your services and the impact your absence can have on the organization. Therefore your benefit plan has been designed with a goal of rehabilitation and return to work in mind. The plan offers financial incentives for returning to work, while still receiving a benefit.

The benefits outlined in this Certificate are the foundation for comprehensive managed disability services. These special services focus on your *abilities*, versus a disability, and are available to you at no additional cost. They are tailored to meet your individual needs and are designed to help you to return to work as soon as possible. Managed disability services may also coordinate with other benefit programs in which you participate.

Your comprehensive disability program includes:

**Financial Incentives** for returning to work.

**Rehabilitation Program** that focuses on vocational rehabilitation, which means identifying the necessary training, therapy, job modifications and accommodations that can help you return to work.

**Early Assistance Program** offering rehabilitation assistance both *before and after* you file a claim for Long Term Disability Benefits.

**Social Security Assistance Program** to help make the Social Security Insurance application and approval process easier for you.

**Easy Claim Application Process** that may be started simply by calling an "800" claims hotline or sending us a claim form. Initial submission of the claim should be made no later than 12 weeks following your original date of disability or as soon as reasonably possible thereafter.

This Certificate is in an easy-to-read format and we urge you to read it carefully. We also recommend you keep it with your other important records for future reference. If you have any questions about the Certificate or the benefits it provides, please contact your Employer.

# MetLife®

Metropolitan Life Insurance Company
One Madison Avenue, New York, New York  10010-3690

**CERTIFICATE OF INSURANCE**
**for the Employees of**

**Siemens Corporation**
**(called the Employer)**

This is your Certificate of Insurance for Long Term Disability Insurance as long as you are insured under This Plan. The Group Policy and this Certificate may be changed or canceled according to the terms, conditions and provisions of the Group Policy. This Certificate describes the benefits under the Plan in effect as of January 1, 2003. Any prior Certificate relating to the coverage set forth herein is void.

MetLife in its discretion has authority to interpret the terms, conditions, and provisions of the entire contract. This includes the Group Policy, Certificate and any Amendments.

The Group Policy is delivered in and administered according to the laws of the governing jurisdiction.

Whenever a reference to "you" or "your" is made in this Certificate of Insurance, it means the covered Employee. Reference to "we", "us" or "our" means MetLife. Reference to "This Plan" means that part of the Employer's plan of employee benefits that is insured by MetLife.

Robert H. Benmosche
Chairman, President and Chief Executive Officer

Group Policy No.: 104121-G

**Florida Residents: The benefits of the policy providing your coverage are governed primarily by the law of a state other than Florida.**

Form G.24303-Cert.

## For Texas Residents:

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call MetLife's toll-free telephone number for information or to make a complaint at

1-800-638-5433

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX  78714-9104
Fax # 512 - 475-1771

**PREMIUM OR CLAIM DISPUTES:**  Should you have a dispute concerning your premium or about a claim you should contact MetLife first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:**  This notice is for information only and does not become a part or condition of the attached document.

## Para Residentes de Texas:

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de MetLife para informacion o para someter una queja al

1-800-638-5433

Puede comunicarse con el Departmento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departmento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

Arkansas residents please be advised of the following:

IMPORTANT NOTICE

IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER OR GROUP ACCOUNT ADMINISTRATOR. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:

1-800-638-5433

IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:

ARKANSAS INSURANCE DEPARTMENT
CONSUMER SERVICES DIVISION
1200 WEST THIRD
LITTLE ROCK, ARKANSAS 72201-1904

California residents please be advised of the following:

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:

METROPOLITAN LIFE INSURANCE COMPANY
1 MADISON AVENUE
NEW YORK, NY 10010
ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT
1-800-638-5433

IF, AFTER CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

CALIFORNIA DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1-800-927-4357 (within California)
1-213-897-8921 (outside California)

Georgia residents please be advised of the following:

IMPORTANT NOTICE

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

# TABLE OF CONTENTS

Section                                                                                                                    Page

INTRODUCTION ..................................................................................................................................... i

CERTIFICATE OF INSURANCE .............................................................................................................. ii

PLAN HIGHLIGHTS .................................................................................................................................. 1
    Employee Eligibility ............................................................................................................................... 1
    Long Term Disability Benefits ................................................................................................................ 2
    Limitations ............................................................................................................................................. 3
    Contributions ......................................................................................................................................... 3
    Benefits Checklist .................................................................................................................................. 4

EMPLOYEE ELIGIBILITY ........................................................................................................................ 4

LONG TERM DISABILITY BENEFITS ..................................................................................................... 7
    Monthly Benefit ...................................................................................................................................... 7
    Reduction of Benefits - Other Income Benefits ................................................................................... 11
    Supplemental Benefits ........................................................................................................................ 14
        Survivors Income Benefit ................................................................................................................ 14
    Temporary Recovery ............................................................................................................................ 15
    Concurrent Disability ........................................................................................................................... 16
    Limitations ........................................................................................................................................... 16
        Limitation for Pre-existing Conditions ............................................................................................. 16
        Limitation for Disabilities Due to Particular Conditions ................................................................... 16
    Exclusions ........................................................................................................................................... 18

TERMINATION OF COVERAGE ............................................................................................................ 18

EXTENSION OF BENEFITS ................................................................................................................... 20

CLAIMS .................................................................................................................................................. 20

# MetLife®

Metropolitan Life Insurance Company
One Madison Avenue, New York, New York  10010-3690

Endorsement

This Certificate is hereby endorsed as follows:

A. By adding the following definition to the Section entitled "Long Term Disability Benefits" the following:

**"Definition of Domestic Partner**

**'Domestic Partner'** means each of two people of the same or opposite sex in a Domestic Partnership. A 'Domestic Partnership' is formed by two people, one whom is an Employee of the Employer:

1. who are each eighteen years of age or older, neither of whom:

   a. is married; nor

   b. is related by blood in a manner that would bar their marriage in their place of residence; nor

   c. has had another Domestic Partner within the prior 12 months; and

2. who have submitted to the Employer:

   a. an enrollment form completed by the Employee, requesting coverage for the other person as a Domestic Partner; and

   b. an affidavit which indicates an exclusive mutual commitment;

      i. to share the responsibility for each other's welfare and financial obligations;

      ii. which has existed for at least 12 months prior to the date of application for benefits under This Plan on account of the Domestic Partner;

      iii. which is expected to last indefinitely; and

   c. proof of maintenance of the same residence for at least 12 months prior to the date of application for benefits under This Plan on account of the Domestic Partner; and

   d. evidence of joint responsibility for basic financial obligations including two or more of the following:

      i. a joint mortgage or lease;

      ii. designation of the Domestic Partner as beneficiary for life insurance or retirement benefits;

-viii-

iii.    joint wills or the designation of the Domestic Partner as executor and/or primary beneficiary;

iv.    designation of the Domestic Partner as durable power of attorney or health care proxy;

v.    ownership of a joint bank account, joint credit cards or evidence of other joint financial responsibility; and

vi.    other proof to establish economic interdependence.

The Employer will review the affidavit and proof and determine if the request to cover the person as a Domestic Partner is acceptable.

The Employer will inform the Employee of its decision."

**B.**    Whenever the word "spouse" or "spouse's" appear, the term "spouse or Domestic Partner" or "spouse's or Domestic Partner's" may be substituted respectively.


Robert H. Benmosche
Chairman, President and Chief Executive Officer

Form G.23000-END-22

# PLAN HIGHLIGHTS

This Plan Highlights section is a summary of your Long Term Disability Benefits and provisions. See the rest of your Certificate for more information.

It is important to read the rest of your Certificate. It describes your benefits as well as any exclusions and limitations that apply to these benefits. Please read it carefully. You should talk with your Employer if you have any questions.

You will notice that some of the terms used in your Certificate begin with capital letters. These terms have special meanings. They are explained in this Certificate.

### EMPLOYEE ELIGIBILITY

**Eligible Employee:** All employees working at least 20 hours each week.

**Eligibility Waiting Period:**

**Active Employees on and after January 1, 2003:** None

**Eligibility Date:** January 1, 2003 or the date you become an Eligible Employee, whichever is later.

## LONG TERM DISABILITY BENEFITS

All Employees who elect:

**Plan A**

**Monthly Benefit:** 50% of the first $25,000 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Long Term Disability Benefits.

**Maximum Monthly Benefit:** $12,500

**Plan B**

**Monthly Benefit:** 60% of the first $25,000 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Long Term Disability Benefits.

**Maximum Monthly Benefit:** $15,000

**Plan C**

**Monthly Benefit:** 66 2/3% of the first $25,000 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Long Term Disability Benefits.

**Maximum Monthly Benefit:** $16,667

**Plan D**

**Monthly Benefit:** 75% of the first $25,000 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Long Term Disability Benefits.

**Maximum Monthly Benefit:** $18,750

**Minimum Monthly Benefit for all plans:** $50. The Minimum Monthly Benefit will not apply if you are in an Overpayment situation or are receiving income from employment.

**Elimination Period:** 26 weeks of continuous Disability

**Maximum Benefit Duration:** The duration shown below:

| Age on Date Disability Starts | Maximum Benefit Duration |
| --- | --- |
| Less than 60 | To age 65 |
| 60 | 60 Months |
| 61 | 48 Months |
| 62 | 42 Months |
| 63 | 36 Months |
| 64 | 30 Months |
| 65 | 24 Months |
| 66 | 21 Months |
| 67 | 18 Months |
| 68 | 15 Months |
| 69 and over | 12 Months |

2

**Work Incentive:**

**Work while Disabled:** No offset for employment earnings during the first 24 months of Disability. However, your Monthly Benefit may be reduced if the total income you are receiving (including Rehabilitation Incentive and Family Care Expenses) exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings.

**Rehabilitation Incentive:** Your Monthly Benefit, before reduction for Other Income Benefits, is increased by 10% while participating in an approved Rehabilitation Program.

**Family Care Expenses:** While participating in an approved Rehabilitation Program, up to $250 per month incurred for Eligible Family Care Expenses for each Eligible Family Member during the first 24 months after you have satisfied the Elimination Period.

**Survivors Income Benefit:** An amount equal to 2/3 of your last Monthly Benefit after reductions for Other Income Benefits. Payable for a period of 24 months from the date of your death.

## LIMITATIONS

**Limitation for Pre-existing Conditions:** Coverage for Pre-existing Conditions begins 12 months after your Effective Date of coverage.

**Limitation For Disabilities Due to Particular Conditions**

**Limitation for Disability due to (i) Mental or Nervous Disorders or Diseases; or (ii) Neuromusculoskeletal and Soft Tissue Disorder; or (iii) Chronic Fatigue Syndrome:**

24 Monthly Benefits in your lifetime, or the Maximum Benefit Duration, whichever is less. Benefits may continue beyond 24 months as described in the provision, subject to certain requirements.

**Limitation for Drug, Alcohol or Substance Abuse or Dependency:**

One period of Disability in your lifetime for up to: 24 Monthly Benefits; your successful completion of an approved rehabilitative program; your ceasing or refusing to participate in a rehabilitative program; or the Maximum Benefit Duration; whichever is less.

## CONTRIBUTIONS

Your Long Term Disability Benefits are paid for by you and your Employer.

BENEFITS CHECKLIST

In order to receive benefits under This Plan, you must provide to us at your expense, and subject to our satisfaction, all of the following documents. These are explained in this Certificate. Initial submission of these documents should be made no later than the 12th week following your original date of disability.

✓ Proof of Disability.

✓ Evidence of continuing Disability.

✓ Proof that you are under the Appropriate Care and Treatment of a Doctor throughout your Disability.

✓ Information about Other Income Benefits.

✓ Any other material information related to your Disability which may be requested by us.

Form G.24303-A

## EMPLOYEE ELIGIBILITY

**Active Employee**

You are an Active Employee if you:

1. are an Eligible Employee working for the Employer doing all the material duties of your occupation at (i) your usual place of business; or (ii) some other location that your Employer's business requires you to be;

2. are a citizen or legal resident of the United States or Canada; and

3. are not a temporary or seasonal employee.

You will be deemed an Active Employee if:

1. you meet the above conditions; and

2. you are absent from work solely due to vacation days, holidays, scheduled days off, or approved leaves of absence not due to Disability.

**Effective Date of Coverage**

Your Employer has established a flexible benefits plan which meets criteria set forth in the Internal Revenue Code. Under such plan, you can choose the types of benefits subject to the rules of the plan. Such rules include time frames during which you may make a request to be covered or to change your benefits under This Plan as set forth below. Such rules also establish a time frame for when changes in the amount of your benefits are made as a result of a change in your class or earnings. Your Employer can provide you with more information regarding the flexible benefits plan. In order to become covered under This Plan, you must make a written request to the Employer on the flexible benefits enrollment form furnished by the Employer.

4

Requests to be covered under This Plan may only be made:

1.    during the ninety day period following your Eligibility Date; or

2.    within thirty-one days of a Qualifying Event; or

3.    during any subsequent annual enrollment period, as designated by the Employer and reported to you, following your Eligibility Date.

Requests for changes in your benefits under This Plan may only be made:

1.    during the annual enrollment period, as designated by the Employer and reported to you; or

2.    within thirty-one days of a Qualifying Event.

If you make a request to be covered under This Plan within ninety days of your Eligibility Date, you will become covered on the later of the following dates:

1.    your Eligibility Date as described in Plan Highlights; or

2.    the date you meet the Active Employee requirements.

If you make a request to become covered under This Plan, or if you make a request for changes in your benefits under This Plan within thirty-one days of a Qualifying Event, you will become covered, or, the change(s) in benefits will become effective, on the later of the following dates:

1.    the first day of the month following the date of your request; or

2.    the date you meet the Active Employee requirements.

If you make a request to become covered under This Plan during an annual enrollment period, but after:

1.    your Eligibility Date; or

2.    electing no coverage when you first become eligible for coverage under This Plan;

Evidence of Good Health must be given to us. Your coverage will become effective on the latest of the following dates:

1.    the first day of the calendar month following the annual enrollment period; or

2.    the date we approve your Evidence of Good Health; or

3.    the date you meet the Active Employee requirements.

If you were eligible for coverage under the prior plan but did not elect to be covered under the prior plan, you will be required to provide Evidence of Good Health satisfactory to us. Your coverage will become effective when we approve your Evidence of Good Health.

5

"Evidence of Good Health" is a statement providing your medical history. We will use this statement to determine your insurability under This Plan. This statement must be provided to us at your expense.

"Qualifying Event" means a change in your family status due to one or more of the following events:

1.　marriage;

2.　the birth or adoption of a child;

3.　divorce;

4.　the death of a dependent;

5.　termination or commencement of employment by your spouse;

6.　cessation or commencement of disability insurance on your spouse due to changes in your spouse's employment class or status;

7.　cessation or commencement of disability insurance on your spouse due to changes in the group policy which applies to your spouse's class of employees.

### Continuity of Coverage upon Replacement of Plans

In order to prevent a loss of coverage because of a transfer of insurance carriers, This Plan will provide coverage for you if:

1.　you were covered under the prior carrier's plan that This Plan replaced at the time of transfer; and

2.　you are an Eligible Employee and you are not an Active Employee.

Coverage will only be provided if the required payment toward the cost of your coverage is made to us.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

### Changes in Amount of Monthly Benefit

The amount of your Monthly Benefit may change as a result of a change in your earnings or class. The new Monthly Benefit amount:

1.　will take effect on the date of the change; and

2.　will apply only to Disabilities commencing thereafter.

However, if you are not an Active Employee on the above date, the new Monthly Benefit amount will take effect on the date you are again an Active Employee.

Form G.24303-B

6

## LONG TERM DISABILITY BENEFITS

### A.    Monthly Benefit

You will be paid a Monthly Benefit, in accord with Plan Highlights, if we determine that:

1.    you are Disabled; and

2.    you became Disabled while covered under This Plan.

Benefits will begin to accrue on the date following the day you complete your Elimination Period. Payment of the Monthly Benefit will start on the date one month after completion of the Elimination Period. Subsequent payments will be made each month thereafter. Payment is based on the number of days you are Disabled during each one month period.

Contributions are not required for the time that Monthly Benefits are payable.

After we determine that you are Disabled, your Monthly Benefits will not be affected by:

1.    termination of This Plan;

2.    termination of your coverage; or

3.    any plan change that is effective after the date you became Disabled.

### When Benefits End

Monthly Benefits will end on the earliest of the following dates:

1.    the end of the Maximum Benefit Duration;

2.    the end of the period specified in the Limitation for Disabilities Due to Particular Conditions;

3.    the date you are no longer Disabled;

4.    the date you fail to provide us with any of the information listed in Plan Highlights under Benefits Checklist;

5.    the day you die;

6.    the date you cease or refuse to participate in a Rehabilitation Program as described in Work Incentive; or

7.    the date you fail to attend a medical examination requested by us as described in Medical Examination.

### Elimination Period

Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period. You may temporarily recover from your Disability during your Elimination Period. If you then become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

7

**Temporary Recovery During Your Elimination Period**

If you return to work for 20 days or less during your Elimination Period, those days will not count towards your Elimination Period, but you will not have to start a new Elimination Period if you become disabled again. Only the days you are Disabled will count towards your Elimination Period. However, if you return to work for more than 20 days before satisfying your Elimination Period, you will have to begin a new Elimination Period.

Temporary Recovery means you cease to be Disabled. During a period of Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.      the rate of earnings used to determine your Predisability Earnings; or

2.      the terms, provisions, or conditions shown in your Certificate of Insurance.

**Definition of Disability**

"Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.      during your Elimination Period and the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

2.      after the first 24 month period, you are unable to earn more than 80% of your Indexed Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonably qualified taking into account your training, education, experience and Predisability Earnings.

Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, paycuts and job-sharing will not be considered in determining whether you meet the loss of earnings test.

For an employee whose occupation requires a license, "loss of license" for any reason does not, in itself, constitute Disability.

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1.      it is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;

2.      it is necessary to meet your basic health needs and is of demonstrable medical value;

3.      it is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

4.      it is consistent with the diagnosis of your condition; and

5.      its purpose is maximizing your medical improvement.

8

"Doctor" means a person who: (i) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:

1.   if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and

2.   the care and treatment provided by the practitioner is within the scope of his or her license.

"Own Occupation" means the activity that you regularly perform and that serves as your source of income. It is not limited to the specific position you held with your Employer. It may be a similar activity that could be performed with your Employer or any other employer.

"Local Economy" means the geographic area surrounding your place of residence which offers reasonable employment opportunities. It is an area within which it would not be unreasonable for you to travel to secure employment. If you move from the place you resided on the date you became Disabled, we may look at both that former place of residence and your current place of residence to determine local economy.

**Work Incentive**

While you are Disabled, you are encouraged to work or participate in a Rehabilitation Program during your Elimination Period or while Monthly Benefits are being paid to you. Reimbursement for Eligible Family Care Expenses may also be available when you work or participate in an approved Rehabilitation Program while Disabled.

When you work while Disabled, you will receive the sum of the following amounts:

1.   your Monthly Benefit (including your Rehabilitation Incentive when applicable);

2.   the amount of your earnings for working while Disabled; and

3.   the amount of Family Care Expenses for which you are eligible.

During the 24 month period following your Elimination Period, your Monthly Benefit will be reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings.

After the 24 month period described above, your Monthly Benefit will be reduced by 50% of your earnings from working while Disabled. Your Monthly Benefit will be further reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Indexed Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Indexed Predisability Earnings.

If your Monthly Benefit is reduced as a result of your receiving earnings from any work or service while Disabled, the Minimum Monthly Benefit will not apply.

"Rehabilitation Program" means:

1.   a return to active employment by you on either a part-time or full-time basis in an attempt to enable you to resume gainful employment or service in an occupation for which you are reasonably qualified taking into account your training, education, experience and past earnings; or

2.   participating in vocational training or physical therapy. This must be deemed by one of our rehabilitation coordinators to be appropriate.

**Rehabilitation Incentive**

While Disabled, your Monthly Benefit, before reduction for Other Income Benefits, is increased by 10% when you participate in a Rehabilitation Program approved by us.

**Family Care Expenses**

**This provision applies during the first 24 months following the date you have satisfied the Elimination Period.**

While Disabled, when you work or participate in a Rehabilitation Program approved by us, you will be reimbursed for Eligible Family Care Expenses incurred with respect to each Eligible Family Member.

"Eligible Family Member" means a person who is:

1.    living with you as part of your household; and

2.    chiefly dependent on you for support.

"Eligible Family Care Expenses" mean the monthly expenses incurred by you in order for you to participate in a Rehabilitation Program, up to $250 for each Eligible Family Member. These are expenses incurred:

1.    to provide child care with respect to an Eligible Family Member under age 13. Child care must be provided by a licensed child care facility or other qualified child care provider. The child care provider may not be a member of your immediate family or living in your residence.

2.    to provide care to an Eligible Family Member who as a result of a mental or physical impairment, is incapable of caring for himself or herself. Family Care Expenses for services provided by a member of your immediate family or any one living in your residence will not be reimbursed.

Eligible Family Care Expenses do not include expenses for which you are eligible for reimbursement under any other group plan or from any other source.

You must provide satisfactory proof to us that you incurred such charges. You must give us proof that the Eligible Family Member is incapable of caring for himself or herself and is chiefly dependent on you for support. The proof must be satisfactory to us.

**Predisability Earnings**

"Predisability Earnings" means the amount of your gross salary or wages from your Employer as of the day before your Disability began. This is calculated on a monthly basis.

This may include:

1.    commissions and/or bonuses averaged over the previous 36 months or over the period of your employment if less than 36 months; and

2.    contributions you make through a salary reduction agreement with your Employer to any of the following:

    a.    an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;

    b.    an executive nonqualified deferred compensation arrangement; and

c.      amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings do not include:

1.      awards;

2.      overtime pay;

3.      your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan; or

4.      any other compensation.

If you do not have regular work hours, your Predisability Earnings are based on the average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months). In no event will the number of hours be more than 173 hours.

**Indexed Predisability Earnings**

Indexed Predisability Earnings means your Predisability Earnings increased by 7%.

The first increase will take place on the date the 13th Monthly Benefit is payable. Subsequent increases will take effect on each anniversary of the first increase. You must have been continually receiving Monthly Benefits under This Plan.

**B.      Reduction of Benefits - Other Income Benefits**

Your Monthly Benefit is reduced by Other Income Benefits shown below. The Monthly Benefit payable to you:

1.      will not be less than the amount shown in Plan Highlights under Minimum Monthly Benefit (except in the case of an Overpayment or while receiving work earnings);

2.      will not be further reduced due to cost-of-living increases payable under Other Income Benefits after the correct reduction has been determined;

3.      will not be reduced by any reasonable attorney fees included in any award or settlement; and

4.      will not be reduced by any sources other than those shown below.

If you receive Other Income Benefits in a lump sum instead of in monthly payments, you must provide to us satisfactory proof of the breakdown of: (i) the amount attributable to lost income; and (ii) the time period for which the lump sum is applicable. If you do not provide this information to us, we may reduce your Monthly Benefit by an amount equal to the Monthly Benefit otherwise payable. We will reduce the Monthly Benefit each month until the lump sum has been exhausted. However, if we are given proof of the time period and amount attributable to lost income, we will make a retroactive adjustment.

**List of Sources of Other Income Benefits**

1.  **Federal Social Security Act, Railroad Retirement Act, Canada Pension Plan, or any provincial pension or disability plan, or the Canada Old Age Security Act**

    a.   benefits that you receive, are entitled to receive or would have been eligible to receive upon making timely application because of your disability or retirement will be counted; and

    b.   benefits available with respect to your spouse and dependents (regardless of marital status or their place of residence) because of your disability or retirement will be counted. If you are divorced or legally separated, benefits paid directly to your dependents and not taken into constructive receipt by you will not be counted.

    **Estimating Social Security Benefits**

    We reserve the right to reduce your Monthly Benefit by estimating the Social Security disability benefits you may be eligible to receive.

    Your Monthly Benefit will not be reduced by estimated Social Security disability benefits during the first 24 months of Monthly Benefit payments if, prior to the end of the 6 month period following the date you became disabled:

    1.   you provide proof that you have applied for Social Security disability benefits;

    2.   you have signed the Reimbursement Agreement which confirms that you will repay all Overpayments; and

    3.   you have signed the form authorizing the Social Security Administration to release information on awards directly to us.

    If you have not received approval or final denial of your claim from the Social Security Administration by the end of this 24 month period, we will begin reducing your Monthly Benefit by an estimate of Social Security disability benefits. For purposes of this section, final denial of your claim means that you have received a "Notice of Denial of Benefits" from an Administrative Law Judge.

    In any case, when you do receive approval or final denial of your claim from the Social Security Administration:

    1.   your Monthly Benefit will be adjusted; and

    2.   you must promptly refund to us an amount equal to all Overpayments. If you do not promptly make such a refund to us, we may, at our option, reduce or offset against any future benefits payable to you, including the Minimum Benefit.

2.  **Group Insurance Policies**

    Group insurance policies will be counted if the Employer contributes towards them or makes payroll deduction for any of the following:

    a.   other group health insurance policies will be counted to the extent that they provide benefits for loss of time from work due to disability; and

    b.   a group life policy that provides installment payments for permanent total disability will be counted.

12

3.    **Work Earnings, Rehabilitation Incentive, and Family Care Expenses** will not be used to reduce your Monthly Benefit except as described in Work Incentive.

4.    **Employer's Retirement Plan**

Benefits for disability and/or retirement that you receive under the Employer's retirement plan will be counted to the extent they are attributable to the Employer's contributions.

Benefits under the Employer's retirement plan that are payable for disability is money which:

a.    is payable under a retirement plan due to a disability as defined in that plan; and

b.    does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction it will be deemed a retirement benefit as defined below.)

Benefits under the Employer's retirement plan that are payable upon retirement is money which:

a.    is payable under the Employer's retirement plan either in a lump sum or in the form of periodic payments;

b.    is payable upon:

    i.    the later of age 62 or normal retirement age as defined in the retirement plan;

    ii.    early retirement age as defined in the retirement plan. (You must have voluntarily elected to receive payments prior to your normal retirement age); or

    iii.    disability as defined in the retirement plan. (You must have voluntarily elected to receive payment prior to your normal retirement age and such payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred); and

    NOTE: You will be considered to have voluntarily elected to receive payments if you file an application for benefits with the Retirement Plan and request the start of payments prior to your normal retirement age.

c.    does not represent contributions made by you. Payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received.

The Employer's Retirement Plan is a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include the following, regardless of the source of contributions:

a.    profit sharing plans;

b.    thrift or savings plans;

c.    non-qualified plans of deferred compensation;

d.    plans under IRC Section 401(k) or 457;

e.    individual retirement accounts (IRA);

f.   tax sheltered annuities (TSA) under IRC Section 403(b);

g.   stock ownership plans; or

h.   Keogh (HR-10) plans.

5.   **No-fault Auto Laws**

Only the basic reparations portion for loss of income of a law providing for payments without determining fault in connection with automobile accidents will be counted. Supplemental disability benefits you buy under a no-fault auto law will not be counted.

6.   **Other Programs or Plans including:**

a.   a compulsory benefit program of any government which provides payment for loss of time from your job because of your disability will be counted;

b.   any other group disability income plan, fund, or other arrangement, no matter what called, if the Employer contributes toward it or makes payroll deductions for it, will be counted; or

c.   any sick pay or other salary continuation, other than vacation pay, paid to you by the Employer will be counted.

7.   **Workers' Compensation or a Similar Law**

Periodic benefits and substitutes and exchanges for periodic benefits will be counted.

8.   **Occupational Disease Laws**

9.   **Maritime Maintenance & Cure**

10.   **Third Party Recovery**

The amount of recovery you receive for loss of income as a result of claims against a third party by judgment, settlement or otherwise.

11.   **Unemployment Insurance Law or Program**

**Exceptions to Other Income Benefits**

Other Income Benefits will not include:

1.   group credit or mortgage disability insurance benefits; or

2.   early retirement benefits not taken into constructive receipt; or

3.   individual insurance policies.

C.   **Supplemental Benefits**

**Survivors Income Benefit**

If you die while you are receiving benefit payments under This Plan, your spouse or unmarried children under age 25 may be eligible for a Survivors Income Benefit.

We will pay to your Eligible Survivor on a monthly basis a Survivors Income Benefit:

1.  equal to 2/3 of your last Monthly Benefit;

2.  for a period of 24 months from the date of your death.

The amount of Survivors Income Benefit payable is reduced by any Overpayment which we are entitled to recover.

We will pay the Survivors Income Benefit to your Eligible Survivor, if the following conditions are met:

1.  you have completed your Elimination Period;

2.  you are eligible to receive a Monthly Benefit at the time of death;

3.  you have an Eligible Survivor; and

4.  proof of your death is provided to us.

An Eligible Survivor is one of the following:

1.  your surviving spouse; or

2.  if there is no surviving spouse, your unmarried children or your spouse's unmarried children under age 25. The term children also includes adopted children and children placed for adoption until legal adoption. Payment will be divided into equal shares among the eligible children.

We will pay a Survivors Income Benefit to your Eligible Survivor on the date one month after the last Monthly Benefit payment was made before your death. However, if there is no Eligible Survivor on the date payment is due to be paid, no payment will be made.

Payment to a minor child may be made to an adult who submits proof satisfactory to us that he/she has assumed custody and support of the child.

**D.      Temporary Recovery**

Once benefits become payable under This Plan, you may Temporarily Recover from your Disability. If you become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

Once you have satisfied your Elimination Period, a period of Temporary Recovery is your return to work for less than 6 months for each period of Temporary Recovery.

During the Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.  the rate of earnings used to determine your Predisability Earnings; or

2.  the terms, provisions, or conditions shown in your Certificate of Insurance.

If your recovery lasts longer than the Temporary Recovery period allowed, when you become Disabled again you will have to begin a new Elimination Period.

15

E. **Concurrent Disability**

If a new Disability occurs while Monthly Benefits are payable, it will be treated as part of the same period of Disability. Monthly Benefits will continue while you remain Disabled. They will be subject to both of the following:

1. the Maximum Benefit Duration; and

2. Limitations and Exclusions that apply to the new cause of Disability.

F. **Limitations**

**Limitation for Pre-existing Conditions**

You may be Disabled due to a Pre-existing Condition. No benefits are payable under This Plan in connection with that Disability unless your Elimination Period starts after you have been an Active Employee under This Plan for 12 consecutive months.

A Pre-existing Condition is an injury, sickness, or pregnancy for which you in the 3 months before your Effective Date:

1. received medical treatment, consultation, care, or services;

2. took prescription medications or had medications prescribed; or

3. had symptoms or conditions which would cause a reasonably prudent person to seek diagnosis, care, or treatment.

If you cannot satisfy the above limitation and you were covered under the plan that This Plan replaced at the time of transfer, benefits may be payable under This Plan. We will give consideration towards the continuous time you were covered under the prior plan and This Plan. If you then satisfy the above limitation, the maximum Monthly Benefit payable under This Plan will not exceed the lesser of: (i) the Maximum Benefit under This Plan; and (ii) the maximum benefit under the prior plan.

**Limitation For Disabilities Due to Particular Conditions**

Monthly Benefits are limited to 24 months during your lifetime if you are Disabled due to a:

1. Mental or Nervous Disorder or Disease, unless the Disability results from:

   a. schizophrenia;

   b. bipolar disorder;

   c. dementia; or

   d. organic brain disease.

16

"Mental or Nervous Disorder or Disease" means a medical condition of sufficient severity to meet the diagnostic criteria established in the current Diagnostic And Statistical Manual Of Mental Disorders. You must be receiving Appropriate Care and Treatment for your condition by a mental health Doctor.

2. Neuromusculoskeletal and soft tissue disorder including, but not limited to, any disease or disorder of the spine or extremities and their surrounding soft tissue; including sprains and strains of joints and adjacent muscles, unless the Disability has objective evidence of:

   a. seropositive arthritis;

   b. spinal tumors, malignancy, or vascular malformations;

   c. radiculopathies;

   d. myelopathies;

   e. traumatic spinal cord necrosis; or

   f. musculopathies.

**Glossary of Terms Used in This Section**

Seropositive Arthritis: An inflammatory disease of the joints supported by clinical findings of arthritis plus positive serological tests for connective tissue disease.

Spinal: Components of the bony spine or spinal cord.

Tumors: Abnormal growths which may be malignant or benign.

Vascular Malformations: Abnormal development of blood vessels.

Radiculopathies: Disease of the peripheral nerve roots supported by objective clinical findings of nerve pathology.

Myelopathies: Disease of the spinal cord supported by objective clinical findings of spinal cord pathology.

Traumatic Spinal Cord Necrosis: Injury or disease of the spinal cord resulting from traumatic injury with resultant paralysis.

Musculopathies: Disease of muscle fibers, supported by pathological findings on biopsy or electromyography (EMG).

3. Chronic fatigue syndrome and related conditions.

In no event will Monthly Benefits be payable longer than the Maximum Benefit Duration shown in the Plan Highlights.

17

**Limitation For Alcohol, Drug or Substance Abuse or Dependency**

If you are Disabled due to alcohol, drug or substance abuse or dependency, Monthly Benefits are limited to one period of Disability during your lifetime. You must be participating in an available rehabilitative program recommended by a Doctor. An available rehabilitative program is a program available to you through either: (i) another group plan of your Employer (such as an Employee Assistance Program or Medical Plan); or (ii) services generally available to the public through local community services at no or minimal cost to you. In no event will Monthly Benefit payments be made beyond the earlier of:

1.      the date 24 Monthly Benefit payments have been made;

2.      the date you are no longer participating in the rehabilitative program;

3.      the date you refuse to participate in an available rehabilitative program; or

4.      the date you complete the rehabilitative program.

**G.      Exclusions**

This Plan does not cover any Disability which results from or is caused by or contributed to:

1.      war, insurrection, or rebellion;

2.      active participation in a riot;

3.      intentionally self-inflicted injuries or attempted suicide; or

4.      committing a felony.

Form G.24303-1

## TERMINATION OF COVERAGE

**This provision applies to you if you are not Disabled.**

You will cease to be covered on the earliest of the following dates:

1.      the date This Plan terminates;

2.      the date you cease to be an Eligible Employee;

3.      the date you stop making any required contributions;

4.      the date you go on strike or are locked out; or

5.      the date you are laid-off.

18

**Approved Leave of Absence**

Your Employer may continue your coverage for an approved leave of absence by paying the required premium payments. Coverage may continue until the earliest of:

1.  the date the Employer stops paying the required premium;

2.  the date the leave ends; or

3.  the last day of the month in which your leave of absence begins.

In the event the leave qualifies under the Family and Medical Leave Act of 1993 (FMLA), the period may be extended for a period agreed to by you and your Employer. It may not exceed 12 weeks following the date the leave begins. Your Employer must continue to pay the required premium.

**Reinstatement of Coverage**

If your coverage ends, you may become covered again as an Eligible Employee. Coverage is subject to the following:

1.  If your coverage ends because you cease to be an Eligible Employee, and if you become an Eligible Employee again within 3 months, the Eligibility Waiting Period will be waived. You will not have to provide Evidence of Good Health.

2.  If your coverage ends because you cease making the required contribution while on an approved Family Medical Leave Act (FMLA) leave of absence, and you become an Eligible Employee again within 31 days of the earlier of:

    a.  the end of the period of leave you and your Employer agreed upon; or

    b.  the end of the 12 week period following the date your leave began;

    the Eligibility Waiting Period will be waived and you will not have to provide Evidence of Good Health.

3.  In all other cases, if your coverage ends because you fail to make the required contribution, you must provide Evidence of Good Health to become covered again.

4.  If you become covered again as described in 1. and 2. above, the Pre-existing Condition Limitation will be applied as if there had been no gap in coverage.

Form G.24303-D

19

## EXTENSION OF BENEFITS

**This provision applies if your coverage ceases while you are Disabled.**

During your Elimination Period your coverage will continue while you are continuously Disabled until the end of your Elimination Period. Benefits will begin after the end of your Elimination Period. Your coverage will continue in either of the following situations:

1.      This Plan terminates; or

2.      you cease to be an Eligible Employee but required payments are made to us.

Benefits are payable if your Disability began while coverage was in force and continues without interruption after termination.

Extension of benefits beyond the period coverage was in force is limited to the Maximum Benefit Duration. Extension of benefits is subject to all of the following:

1.      your Elimination Period; and

2.      payment of any required contributions; and

3.      all other applicable provisions of This Plan.


Form G.24303-C


## CLAIMS


**Notice of Disability**

Notify us of your Disability as soon as you are able.

To notify us you may call us directly. You may obtain this phone number from your Employer. You will be instructed on how to give proof of Disability. You will be required to answer all questions concerning your Disability.

If you do not receive statements or instructions within 15 days after you have notified us, you may submit your statement in a letter.

**Proof of Disability**

Provide proof of Disability within 3 months after the end of your Elimination Period.

No benefits are payable for claims submitted more than one year after the date of Disability. However, you can request that benefits be paid for late claims if you can show that:

1.      it was not reasonably possible to give written proof of Disability during the one year period; and

2.      proof of Disability satisfactory to us was given to us as soon as was reasonably possible.

20

**Documentation**

At your expense, you must provide documented proof of your Disability. Proof includes, but is not limited to:

1.      the date your Disability started;

2.      the cause of your Disability; and

3.      the prognosis of your Disability.

You will be required to provide signed authorization for us to obtain and release medical and financial information, and any other items we may reasonably require in support of your Disability.

These will include but are not limited to:

1.      proof of continuing Disability;

2.      proof you have applied, or are not eligible, for Other Income Benefits. If you do not provide proof you have applied for Other Income Benefits, we may reduce your Monthly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit;

3.      proof that you applied for Social Security disability benefits until denied at the Administrative Law Judge level; and

4.      proof you have applied for Workers' Compensation benefits or benefits under a similar law. If you do not provide proof that you have applied for these benefits, we may reduce your Monthly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit.

If you do not provide satisfactory documentation within 60 days after the date we ask for it, your claim may be denied.

**Method of Payment**

When we determine you are Disabled:

1.      Monthly Benefits are paid one month after you qualify for them. Such benefits will be paid on a monthly basis thereafter.

2.      Benefits will be paid to you. However, benefits unpaid at your death will be paid to:

      a.      your spouse, if living; otherwise

      b.      your children, if living, divided equally;

      c.      your estate. If benefits are payable to your estate, we may pay up to $1,500 to someone related to you by blood or by marriage whom we deem entitled to this amount. We will be discharged to the extent of any payment made in good faith.

3.      Monthly Benefits due for a period of less than a month will be paid at a daily rate of 1/30th of the Monthly Benefit payable.

**Right To Recover Overpayments**

We have the right to recover from you any amount that we determine to be an Overpayment. You have the obligation to refund to us any such amount. Our rights and your obligations in this regard are also set forth in

the reimbursement agreement you are required to sign when you become eligible for benefits under This Plan.This agreement: (i) confirms that you will repay all Overpayments; and (ii) authorizes us to obtain any information relating to Other Income Benefits.

An Overpayment occurs when we determine that the total amount paid by us on your claim is more than the total of the benefits due under This Plan. This includes any Overpayments resulting from:

1. retroactive awards received from sources shown in the List of Other Income Benefits;

2. fraud; or

3. any error we make in processing your claim.

The Overpayment equals the amount we paid in excess of the amount we should have paid under This Plan. In the case of a recovery from a source other than This Plan, our Overpayment recovery will not be more than the amount of the recovery.

You have the right to appeal any Overpayment recovery.

An Overpayment also occurs when payment is made by us that should have been made under another group plan. In that case, we may recover the payment from one or more of the following:

1. any other insurance company;

2. any other organization; or

3. any person to or for whom payment was made.

We may, at our option, recover the Overpayment by:

1. reducing or offsetting against any future benefits payable to you or your survivors;

2. stopping future benefit payments (including Minimum Benefits) which would otherwise be due under This Plan. Payments may continue when the Overpayment has been recovered; or

3. demanding an immediate refund of the Overpayment from you.

**Legal Actions**

No legal action of any kind may be filed against us:

1. within the 60 days after proof of Disability has been given; or

2. more than three years after proof of Disability must be filed. This will not apply if the law in the area where you live allows a longer period of time to file proof of Disability.

**Medical Examinations**

We will have the right to have you examined at reasonable intervals by medical specialists of our choice. The examination will be at our expense. Failure to attend a medical examination or cooperate with the medical examiner may be cause for denial or suspension of your benefits.

**Incontestability of Coverage**

This Plan cannot be declared invalid after it has been in force for 2 years. It can be declared invalid due to non-payment of premium.

22

No statement of health used by any person to get coverage can be used to declare coverage invalid if the person has been covered under This Plan for 2 years. In order to use a statement of health to deny coverage before the end of 2 years, it must have been signed by the person. A copy of the signed statement must be given to the person or the person's beneficiary.

**Assignment**

You may not assign your benefits. This means that you may not give or transfer your benefits to anyone else.

**Workers' Compensation**

This Plan is not in lieu of, and does not affect, any requirement for coverage by Workers' Compensation Insurance or any government mandated temporary disability income benefits law.

Form G.24303-E

THIS IS THE END OF THE CERTIFICATE. THE FOLLOWING IS ADDITIONAL INFORMATION.

## SPECIAL SERVICES

## SOCIAL SECURITY ASSISTANCE PROGRAM

If you become Disabled MetLife provides you with assistance in applying for Social Security disability benefits. Before outlining the details of this assistance, you should understand why applying for Social Security disability benefits is important.

### Why You Should Apply For Social Security Disability Benefits

Both you and your Employer contribute payroll taxes to Social Security. A portion of those tax dollars are used to finance Social Security's program of disability protection. Since your tax dollars help fund this program, it is in your best interest to apply for any benefits to which you may be entitled. Your spouse and children may also be eligible to receive Social Security disability benefits due to your Disability.

There are several reasons why it may be to your financial advantage to receive Social Security disability benefits. Some of them are:

1. **Avoids reduced retirement benefits**

   Should you become disabled and approved for Social Security disability benefits, Social Security will freeze your earnings record as of the date Social Security determines that your disability has begun. This means that the months/years that you are unable to work because of your disability will not be counted against you in figuring your average earnings for retirement and survivors benefit.

2. **Medicare Protection**

   Once you have received 24 months of Social Security disability benefits, you will have Medicare protection for hospital expenses. You will also be eligible to apply for the medical insurance portion of Medicare.

3. **Trial Work Period**

   Social Security provides a trial work period for the rehabilitation efforts of disabled workers who return to work while still disabled. Full benefit checks can continue for up to 9 months during the trial work period.

4. **Cost of Living Increases Awarded by Social Security Will Not Reduce Your Disability Benefits**

   MetLife will not decrease your Disability benefit by the periodic cost of living increases awarded by Social Security. This is also true for any cost of living increases awarded by Social Security to your spouse and children.

   This is called a Social Security "freeze." It means that only the Social Security benefit awarded to you and your dependents will be used by MetLife to reduce your Disability benefit; with the following exceptions:

   a.     an error by Social Security in computing the initial amount;

   b.     a change in dependent status; or

c.     your Employer submitting updated earnings records to Social Security for earnings received prior to your Disability.

Over a period of years, the net effect of these cost of living increases can be substantial.

**How MetLife Assists You in the Social Security Approval Process**

As soon as you apply for Disability benefits, MetLife begins assisting you with the Social Security approval process.

1.     **Contact Prior to Application For Social Security Disability Benefits**

Before you even apply for Social Security disability benefits. We will help you determine the best time to apply for Social Security disability benefits. A MetLife Case Management Specialist begins assisting you with the application process at that time. The Specialist personally contacts you by phone to explain, in detail, how to apply for Social Security disability benefits and the advantages of doing this. We provide you with a list of items needed by Social Security in order to complete your claim.

2.     **Assistance Throughout the Application Process**

MetLife has a dedicated team of Social Security Specialists. These Specialists, many of whom have worked for the Social Security Administration, are also located within our Claim Department. They provide expert assistance upfront and help guide you through the application process.

3.     **Guidance Through Appeal Process by Social Security Specialists**

Social Security disability benefits may be initially denied, but are often approved following an appeal. If your benefits are denied, our dedicated team of Social Security Specialists provide expert assistance on an appeal if your situation warrants continuing the appeal process. They guide you through each stage of the appeal process. These stages may include:

a.     Reconsideration by the Social Security Administration

b.     Hearing before an Administrative Law Judge

c.     Review by an Appeals Council established within the Social Security Administration in Washington, D.C.

d.     A civil suit in Federal Court

4.     **Social Security Attorneys and Vendors**

Depending on your individual needs, MetLife may provide a referral to an attorney or vendor who specializes in Social Security law. The cost for these attorneys is deducted from the amount you must repay to us if the retroactive Social Security disability benefits you later receive result in MetLife having paid more Disability benefits than we should have paid.

# EARLY INTERVENTION PROGRAM

The MetLife Early Intervention Program is offered to all covered Employees, and your participation is voluntary. The program helps identify early those Employees who might benefit from vocational analyses and rehabilitation services before they are eligible for Long Term Disability Benefits. Early rehabilitation efforts are more likely to reduce the length of your disability and help you return to work sooner than expected.

If you cannot work, or can only work part-time due to a disability, your Employer will notify MetLife. Our Rehabilitation Coordinators may be able to assist you by:

1. Reviewing and evaluating your disabling condition, even before a claim for Long Term Disability Benefits is submitted (with your consent);
2. Designing individualized return to work plans that focus on your *abilities*, with the goal of return to work;
3. Identifying local community resources;
4. Coordinating services with other benefit providers, including: medical carrier, short term disability carrier*, workers' compensation carrier, and state disability plans;
5. Monitoring return to work plans in progress and modifying them as recommended by the attending physician (with your consent).

Our assistance is offered at no cost to either you or your Employer.

\*      If you also have MetLife Short Term Disability coverage or Salary Continuance Plan Management, these services are provided automatically. Notification by your Employer is not necessary.

# RETURN TO WORK PROGRAM

### Goal of Rehabilitation

The goal of MetLife is to focus on Employees' **abilities,** instead of disabilities. This "abilities" philosophy is the foundation of our Return to Work Program. By focusing on what Employees **can do** versus what they can't, we can assist you in returning to work sooner than expected.

### Incentives For Returning To Work

Your disability plan is designed to provide clear advantages and financial incentives for returning to work either full-time or part-time, while still receiving a Disability benefit. In addition to financial incentives, there may be personal benefits resulting from returning to work. Many Employees experience higher self-esteem and the personal satisfaction of being self-sufficient and productive once again. If it is determined that you are capable but you do not participate in the Return to Work Program, your Disability benefits may cease.

### Vocational Rehabilitation Services

As a covered Employee you are automatically eligible to participate in our Return to Work Program. The Program focus is vocational rehabilitation, which means identifying the necessary training and therapy that can help you return to work. In many cases, this means helping you return to your former occupation, although rehabilitation can also lead to a new occupation which is better suited to your condition and makes the most of your abilities.

There is no additional cost to you for the services we provide, and they are tailored to meet your individual

needs. These services include, but are not limited to, the following:

1. **Vocational Analyses**

   Assessment and counseling to help determine how your skills and abilities can be applied to a new or a modified job with your Employer.

2. **Labor Market Surveys**

   Studies to find jobs available in your locale that would utilize your abilities and skills.

3. **Retraining Programs**

   Programs to facilitate return to your previous job, or to train you for a new job.

4. **On-Site Job Analyses**

   Analyses to determine what modifications may be made to maximize your employment opportunities.

5. **Job Modifications/Accommodations**

   Changes in your job or accommodations to help you perform the previous job or a similar vocation, as required of your Employer under the Americans With Disabilities Act (ADA).

6. **Training in Job Seeking Skills**

   Special training to identify abilities, set goals, develop resumes, polish interviewing techniques, and provide other career search assistance.

**Rehabilitation Staff**

The Case Management Specialist handling your claim will begin the rehabilitation process. You may be referred to our professional Rehabilitation staff that includes Registered Nurses and vocational rehabilitation coordinators. Registered Nurses might address how your medical condition impacts your ability to return to work. Vocational rehabilitation coordinators will focus on identifying how your abilities can be best applied to either your previous job or a new job.

These rehabilitation specialists will contact you personally. They will coordinate their activities with your medical carrier and/or attending physician for a broad understanding of your diagnosis, prognosis, and expected return to work date.

**Rehabilitation Vendor Specialists**

In many situations, the services of independent vocational rehabilitation specialists may be utilized. Services are obtained at no additional cost to you; MetLife pays for all vendor services. Selecting a rehabilitation vendor is based on:

1. Attending physician's evaluation and recommendations;

2. Your individual vocational needs; and

3.      Vendor's credentials, specialty, reputation, and experience.

When working with vendors, you and your Doctor still maintain control and direction of the case.

## ERISA INFORMATION

**NAME OF THE PLAN**

Siemens Corporation, ("Plan")

**NAME AND ADDRESS OF EMPLOYER AND PLAN ADMINISTRATOR**

Siemens Corporation
153 East 53rd, 56th Floor
New York, NY 10022
212 258-4000

**EMPLOYER IDENTIFICATION NUMBER AND PLAN NUMBER**

13-26233356                                                          502

**TYPE OF PLAN**

Employee Welfare Plan including:

Long Term Disability Benefits

**TYPE OF ADMINISTRATION**

The above listed benefits are  insured by Metropolitan Life Insurance Company, ("MetLife").

**AGENT FOR SERVICE OF LEGAL PROCESS**

For disputes arising under the Plan, service of legal process may be made upon the Plan Administrator at the above address. For disputes arising under those portions of the Plan insured by MetLife, service of legal process may be made upon MetLife at one of its local offices, or upon the supervisory official of the Insurance Department in the state in which you reside.

**ELIGIBILITY FOR INSURANCE; DESCRIPTION OR SUMMARY OF BENEFITS**

Your MetLife certificate describes the eligibility requirements for insurance provided by MetLife under the Plan.  It also includes a detailed description of insurance provided by MetLife under the Plan.

**PLAN TERMINATION OR CHANGES**

The group policy sets forth those situations in which the Employer and/or MetLife have the right to end the policy.

The Employer reserves the right to change or terminate the Plan at any time.  Therefore, there is no guarantee that you will be eligible for the benefits described herein for the duration of your employment. Any such action will be taken only after careful consideration.

Your consent or the consent of your beneficiary is not required to terminate, modify, amend, or change the Plan.

In the event your coverage ends in accord with the "Termination of Coverage" provision of your certificate, you may still be eligible to receive benefits.  The circumstances under which benefits are available are described in your MetLife certificate.

## CONTRIBUTIONS

You must make a contribution to the cost of Long Term Disability Benefits if you have elected contributory insurance. No Contribution is required if you only have non-contributory insurance.

The total premium rate for insurance provided under the Plan by MetLife is set by MetLife.

## PLAN YEAR

The Plan's fiscal records are kept on a Plan year basis beginning each January 1 and ending on the following December 31.

## CLAIMS INFORMATION

### Procedures for Presenting Claims for Benefits

All claim forms needed to file for benefits under the group insurance program can be obtained from the Employer who will also be ready to answer questions and to assist you or, if applicable, your Eligible Survivor in filing claims.

### Claim Submission

For claims for disability benefits, the claimant must complete the appropriate claim form and submit the required proof as described in the "Claims" section of the certificate.

Claim forms must be submitted in accordance with the instructions on the claim form.

### Initial Determination

After you submit a claim for disability benefits to MetLife, MetLife will review your claim and notify you of its decision to approve or deny your claim.

Such notification will be provided to you within a reasonable period, not to exceed 45 days from the date you submitted your claim; except for situations requiring an extension of time because of matters beyond the control of the Plan, in which case MetLife may have up to two (2) additional extensions of 30 days each to provide you such notification. If MetLife needs an extension, it will notify you prior to the expiration of the initial 45 day period (or prior to the expiration of the first 30 day extension period if a second 30 day extension period is needed), state the reason why the extension is needed, and state when it will make its determination. If an extension is needed because you did not provide sufficient information or filed an incomplete claim, the time from the date of MetLife's notice requesting further information and an extension until MetLife receives the requested information does not count toward the time period MetLife is allowed to notify you as to its claim decision. You will have 45 days to provide the requested information from the date you receive the extension notice requesting further information from MetLife.

If MetLife denies your claim in whole or in part, the notification of the claims decision will state the reason why your claim was denied and reference the specific Plan provision(s) on which the denial is based. If the claim is denied because MetLife did not receive sufficient information, the claims decision will describe the additional information needed and explain why such information is needed. Further, if an internal rule, protocol, guideline or other criterion was relied upon in making the denial, the claims decision will state the rule, protocol, guideline or other criteria or indicate that such rule, protocol, guideline or other criteria was relied upon and that you may request a copy free of charge.

### Appealing the Initial Determination

If MetLife denies your claim, you may appeal the decision. Upon your written request, MetLife will provide you free of charge with copies of documents, records and other information relevant to your claim. You must

submit your appeal to MetLife at the address indicated on the claim form within 180 days of receiving MetLife's decision. Appeals must be in writing and must include at least the following information:

- Name of Employee
- Name of the Plan
- Reference to the initial decision
- An explanation why you are appealing the initial determination

As part of your appeal, you may submit any written comments, documents, records, or other information relating to your claim.

After MetLife receives your written request appealing the initial determination, MetLife will conduct a full and fair review of your claim. Deference will not be given to the initial denial, and MetLife's review will look at the claim anew. The review on appeal will take into account all comments, documents, records, and other information that you submit relating to your claim without regard to whether such information was submitted or considered in the initial determination. The person who will review your appeal will not be the same person as the person who made the initial decision to deny your claim. In addition, the person who is reviewing the appeal will not be a subordinate of the person who made the initial decision to deny your claim. If the initial denial is based in whole or in part on a medical judgment, MetLife will consult with a health care professional with appropriate training and experience in the field of medicine involved in the medical judgment. This health care professional will not have consulted on the initial determination, and will not be a subordinate of any person who was consulted on the initial determination.

MetLife will notify you in writing of its final decision within a reasonable period of time, but no later than 45 days after MetLife's receipt of your written request for review, except that under special circumstances MetLife may have up to an additional 45 days to provide written notification of the final decision. If such an extension is required, MetLife will notify you prior to the expiration of the initial 45 day period, state the reason(s) why such an extension is needed, and state when it will make its determination. If an extension is needed because you did not provide sufficient information, the time period from MetLife's notice to you of the need for an extension to when MetLife receives the requested information does not count toward the time MetLife is allowed to notify you of its final decision. You will have 45 days to provide the requested information from the date you receive the notice from MetLife.

If MetLife denies the claim on appeal, MetLife will send you a final written decision that states the reason(s) why the claim you appealed is being denied and references any specific Plan provision(s) on which the denial is based. If an internal rule, protocol, guideline or other criterion was relied upon in denying the claim on appeal, the final written decision will state the rule, protocol, guideline or other criteria or indicate that such rule, protocol, guideline or other criteria was relied upon and that you may request a copy free of charge. Upon written request, MetLife will provide you free of charge with copies of documents, records and other information relevant to your claim.

### Routine Questions

If there is any question about a claim payment, an explanation may be requested from the Employer who is usually able to provide the necessary information.

**Discretionary Authority of Plan Administrator
and Other Plan Fiduciaries**

In carrying out their respective responsibilities under the Plan, the Plan Administrator and other Plan fiduciaries shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for and entitlement to Plan benefits in accordance with the terms of the Plan. Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious.

## STATEMENT OF ERISA RIGHTS

The following statement is required by federal law and regulation.

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

Examine, without charge, at the Plan Administrator's office and at other specified locations, all Plan documents governing the Plan, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor, and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, all copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary Plan description.  The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

No one, including the Employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for denial. You have the right to have the Plan Administrator review and reconsider your claim.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110.00 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees.

If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

### Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

★   ★   ★   ★

## FUTURE OF THE PLAN

It is hoped that the Plan will be continued indefinitely, but Siemens Corporation reserves the right to change or terminate the Plan in the future. Any such action would be taken only after careful consideration.

The Board of Directors of Siemens Corporation shall be empowered to amend or terminate the Plan or any benefit under the Plan at any time.

# Exhibit B

IN THE CIRCUIT COURT, OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

FRANK LAWSKY,
        Plaintiff,

        v.

SIEMENS CORPORATION,
        Defendant.

Case No. 50 2008 CA 32034 xxxx MB
Division: AG

_____/

## NOTICE OF FILING FOR REMOVAL TO FEDERAL COURT

In accordance with 28 U.S.C. § 1446(d), you are hereby notified that Defendant Siemens Corporation has removed this action from the Circuit Court, Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida. A copy of the Notice of Removal is attached and served with this Notice.

Respectfully submitted,

Scott S. Cairns
Florida Bar No. 0037729
MCGUIREWOODS LLP
50 N. Laura St. Suite 3300
Jacksonville, Florida  32202
(904) 798-3223 (tel)
(904) 798-3261 (fax)
scairns@mcguirewoods.com

Attorneys for Siemens

1

## CERTIFICATE OF SERVICE

I hereby certify that on this _14th_ day of November, 2008, a copy of the foregoing

NOTICE OF FILING FOR REMOVAL TO FEDERAL COURT was sent by first class

mail to:

> Scott M. Behren, Esquire
> Behren & Associates
> 2853 Executive Park Drive, Suite 103
> Weston, FL 33331

\6679556.1

2

# Exhibit C

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.  50 2008 CA 0 32 0 3 4 XXXX MB

FRANK LAWSKY,

Plaintiff,

vs.

SIEMENS CORPORATION

Defendant.

_____/

**COMPLAINT FOR DAMAGES**

RECEIVED FOR FILING

OCT 17 2008

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

COPY

Plaintiff, Frank Lawsky ("Lawsky"), sues Defendant, Siemens Corporation ("Siemens") and states as follows:

## Jurisdiction

1.      This is an action for damages which exceeds $15,000.00 but is less than $75,000., exclusive of attorneys' fees, interest and costs.

2.      Venue is proper in Palm Beach County, Florida since the Defendant does business in Palm Beach County and all of the claims accrued in Palm Beach County.

## The Parties/Participants

3.      Plaintiff is an individual who previously resided at 9397 Agean Drive, Boca Raton, FL 33496 and is *sui juris*.

4.      Defendant, Siemens is a corporation doing business in Palm Beach County, Florida at 900 Broken sound Parkway, Boca Raton, FL 33496.

## General Allegations

5.      Lawsky was an employee of Siemens, from August 1998 through September

12, 2003.

6.      As part of his employment, Lawsky was provided with disability insurance evidenced by a written contract which Plaintiff does not have, but Plaintiff believes that Defendant has a copy.

7.      On or about March 18, 2003, Lawsky was diagnosed with Parkinsons Disease.

8.      Siemens refused and failed to provide any long or short term disability coverage to Lawsky.  Lawsky became aware of this refusal by Siemens in early 2004.

9.      All conditions precedent to the filing of this action have occurred or have been waived.

10.     Lawsky has retained the undersigned law firm to represent it in this action and has agreed to pay it a reasonable fee for its services.

## Count I - Breach of Written Contract

Lawsky reavers and realleges paragraphs 1 through 10 as if fully set forth herein and further alleges:

11.     Lawsky and Siemens entered into disability insurance policy contracts.

12.     Lawsky furnished personal services and/or made premium payments for said policy.

13.     Siemens breached the Agreement with Lawsky by failing to pay disability payments to Lawsky.

14.     By virtue of the Siemens breach of the Agreement, Lawsky has suffered damages in excess of $15,000.00.

2

WHEREFORE, Lawsky demands judgment against siemens for damages, interest, court costs, attorneys' fees, and for any and all other and further relief this Court deems just and proper under the circumstances.

## Demand for Jury Trial

Plaintiff demands a trial by jury of all issues so triable.

Behren & Associates
2853 Executive Park Drive, STE 103
Weston, Florida 33331
Telephone: (954) 636-3802
Facsimile: (954) 636-2153
scott@behrenlaw.com
www.behrenlaw.com

By:_____
    Scott M. Behren
    Florida Bar No. 987786

3

**CT Corporation**

**Service of Process Transmittal**
10/21/2008
CT Log Number 513992888

TO:   Philip Paseltiner, Senior Counsel
      Siemens Corporation
      Legal Department, 153 East 53rd Street
      56th Floor
      New York, NY 10022

RE:   **Process Served in Florida**

FOR:   Siemens Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Frank Lawsky, Pltf. vs. Siemens Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Palm Beach County Court, FL<br>Case # 50-08-CA-32034 |
| **NATURE OF ACTION:** | Employee Litigation - Failure to provide any long or short term disability coverage to Pltf. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/21/2008 at 09:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Scott M. Behren<br>Behren & Associates<br>2853 Executive Park Drive<br>Ste. 103<br>Weston, FL 33331<br>954-636-3802 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/21/2008, Expected Purge Date: 11/20/2008<br>Image SOP<br>Email Notification, Philip Paseltiner philip.paseltiner@siemens.com<br>Email Notification, Robert Garrison robert.garrison@siemens.com<br>Email Notification, Carlos Blackwood carlos.blackwood@siemens.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Donna Moch<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of  1 / LH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

CASE NO 50 2008 CA 0 32 0 3 4 XXXX MB

FRANK LAWSKY,

    Plaintiff,

vs.

SIEMENS CORPORATION

    Defendant.

_____/

## CIVIL ACTION SUMMONS
(En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**SIEMENS CORPORATION
By Serving its Registered Agent:
CT Corporation System
8751 West Broward Blvd.
Plantation, FL 33324**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case: If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

OCT 17 2008

WITNESS my hand and the seal of this Court on this ___ day of _____ 2008.

HOWARD C. FORMAN
As Clerk of the Court          KRISTIN BUTLER

By:_____
As Deputy Clerk

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren & Associates
2853 Executive Park Drive
Suite 103
Weston, Florida 33331
Telephone: (954) 636-3802
scott@behrenlaw.com

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff." (Demandante o Abogado de Demandante).

---

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

3

IN THE CIRCUIT COURT, OF
THE 15TH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH
COUNTY, FLORIDA

FRANK LAWSKY,
     Plaintiff,

          Case No. 50 2008 CA 32034 xxxx MB
     v.          Division:  AG

SIEMENS CORPORATION,
     Defendant.

_____/

## DEFENDANT SIEMENS CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Siemens Corporation ("Siemens"), by counsel, hereby moves this Court for a four (4) day enlargement of time, up to and including Friday, November 14, 2008, in which to serve a response to Plaintiff Frank Lawsky's Complaint for Damages ("Complaint"). As grounds therefore, Siemens states:

1.     Defendant served the Complaint on Siemens on October 21, 2008, and thus Siemens' response to the Complaint is due Monday, November 10, 2008.

2.     Siemens has only recently retained McGuireWoods LLP to represent it in this matter.  Therefore, McGuireWoods LLP needs additional time to adequately investigate and respond to the allegations contained in the Complaint.  Accordingly, Siemens seeks an extension of time, up to and including November 14, 2008, to file a response to the Complaint.

3.     Counsel for Siemens certifies that Plaintiff has no objection to the requested extension of time.

WHEREFORE, Siemens respectfully requests that the Court grant the motion and extend the time for Siemens to respond to Plaintiff's Complaint up to and including November 14, 2008.

## MEMORANDUM

The granting of this motion is within the sound discretion of the Court in controlling the course of proceedings between the parties. Rule 1.090(b) of the Florida Rules of Civil Procedure allows the court in its discretion to enlarge any period of time for an act to be done under the rules.

For the foregoing reasons, Siemens respectfully requests that the Court grant this motion and extend the time for Siemens' response to Plaintiff's Complaint to November 14, 2008.

McGuireWoods LLP

Scott S. Cairns
Florida Bar No.: 037729
Nancy A. Johnson
Florida Bar No.: 0597562
McGUIREWOODS LLP
scairns@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-3223
Facsimile: (904) 798-3261

Attorneys for Siemens Corporation

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished

via U.S. Mail, postage prepaid, this 7th day of November 2008, upon:

Scott M. Behren , Esquire
Behren & Associates
2853 Executive Park Drive, Ste. 103
Weston, FL 33331

_____
Attorney

\6692242.1

3

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

ELECTRONIC

**Nov. 17, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

D.C.

## I. (a) PLAINTIFFS
Frank Lawsky

**DEFENDANTS**
Siemens Corporation

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott M. Behren, Esquire
Behren & Associates
2853 Executive Park Dr., Suite 103
Weston, FL 33331
(954) 636-3802

*Palm Beach*

Attorneys (If Known)
Scott S. Cairns, Esquire
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
904-798-3223

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

08CV 81365 DTKH/JMH

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLT | DEF |  | PLT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | | | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | | | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | | | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | | ☐ 893 Environmental Matters |

*(PERSONAL INJURY column):* ☐ 362 Personal Injury— Med. Malpractice; ☐ 365 Personal Injury — Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

*(PERSONAL PROPERTY):* ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | LABOR | SOCIAL SECURITY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| | | ☐ 555 Prison Condition | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from
- ☐ 3 Remanded from
- ☐ 4 Reinstated or
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. § 1002(1)(A)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE *11/14/08*

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # *125030*  AMOUNT *350.00*  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

American LegalNet, Inc. | www.USCourtForms.com